IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HIEP V. PHAM, Individually and as Personal Representative of, and on behalf of, the ESTATE OF HUAN VU PHAM, and HUAN VU PHAM's heirs at law and wrongful death beneficiaries; and JENNA PHAM, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SARPY COUNTY, NEBRASKA; JEFF DAVIS; RYAN MAHR; and JOHN DOES 1-10, Real Names Unknown,<br><br>Defendants. | **8:25CV499**<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

The Court grants the parties' Joint Motion to Extend certain deadlines in the Final Progression Order, Filing No. 20.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for April 6, 2027 is continued and will be held with the undersigned magistrate judge on **May 25, 2027** at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is March 16, 2027. Motions to compel written discovery under Rules 33, 34, 36, and 45

must be filed by March 30, 2027.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is vacated.

4) The deadline for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is January 29, 2027.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 16, 2027.

6) The deadline for filing motions to dismiss and motions for summary judgment is June 15, 2027.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 14, 2027.

8) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. **Such requests will not be considered absent a substantial showing of good cause**, including a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

prior to the filing of the motion, which require that additional time be allowed. **The Court will examine extension requests of the deadlines set in 2027 very closely.**

10) All other deadlines and provisions in the Court's prior Final Progression Order, Filing No. 15, not amended herein remain unchanged.

Dated this 1st day of October, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge